**Electronically Filed
Supreme Court
SCWC-15-0000431
26-OCT-2015
10:36 AM**

SCWC-15-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AMBROSE S. FERNANDEZ, JR.,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI; DEPARTMENT OF PUBLIC SAFETY - SHERIFF DIVISION;
DEPUTY SHERIFF MAURICE RICE, in his official capacity as deputy
sheriff; DEPUTY ATTORNEY GENERAL MATTHEW DVONCH, in his official
capacity as deputy attorney general,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000431; CIV. NO. 14-1-0097-01)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on
September 29, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 26, 2015.

Ambrose S. Fernandez, Jr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

